## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ALLEGIANCE COMMERCIAL** | § | **Case No. 10-43853-BTR-11** |
| **DEVELOPMENT, L.P., AND** | § | **Case No. 10-43855** |
| **ALLEGIANCE HAWKS CREEK** | § | **(Jointly Administered)** |
| **COMMERCIAL, LP,** | § | |
| | § | **Chapter 11** |
| Debtors. | | |

## NOTICE OF WITHDRAWAL OF DEBTORS' JOINT DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

PLEASE TAKE NOTICE that Allegiance Commercial Development, LP and Allegiance Hawks Creek Commercial, LP (collectively, the "Debtors") hereby withdraw without prejudice the following:

1. Debtors' Disclosure Statement filed in the above-captioned bankruptcy case on February 28, 2011 [Docket No. 67]; and

2. Debtors' Plan of Reorganization filed in the above-captioned bankruptcy case on February 28, 2011 [Docket No. 68].

Dated: April 11, 2011.

Respectfully submitted,
**CURTIS | CASTILLO PC**

 _/s/ Jason M. Katz_
Stephanie D. Curtis
Texas State Bar No. 05286800
Mark A. Castillo
Texas State Bar No. 24027795
Jason M. Katz
Texas State Bar No. 24038990
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**

## <u>CERTIFICATE OF SERVICE</u>

On April 11, 2011, a true and correct copy of the foregoing document was served via ecf and/or via regular mail on all parties listed on the attached service list.

_/s/ Jason M. Katz_____

Jason M. Katz